IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN KEITH SMALL,

    Plaintiff,

v.

BARACK HUSSIEN OBAMA, *et al.*

    Defendants.

ORDER

Case No.  14-cv-130-bbc

Plaintiff Brian Keith Small has filed a proposed civil complaint.  He has asks for leave to proceed without prepayment of fees or costs.  However, I cannot determine whether he qualifies for indigent status.  To make this determination, plaintiff must submit a financial affidavit, which I am enclosing with this order.

ORDER

IT IS ORDERED that plaintiff may have until March 13, 2014, in which to submit an affidavit of indigency and return it to the court.  If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny his request for leave to proceed without prepayment of fees or costs for failure to show that he is indigent.

    Entered this 24th day of February, 2014.

    BY THE COURT:

    /s/
    PETER OPPENEER
    Magistrate Judge