IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN KEITH SMALL,

    Plaintiff,

v.

BARACK HUSSIEN OBAMA, *et al.*

    Defendants.

ORDER

Case No. 14-cv-130-bbc

On February 28, 2014, this court entered an order in this case directing plaintiff to submit by March 13, 2014, a financial affidavit in support of his request for leave to proceed without prepayment of fees or costs. On March 10, 2014, the February 28th order was returned to the clerk's office as undeliverable by the U.S. Postal Service. The clerk's office resent the order to plaintiff the same day. It is now-well past the March 13th deadline and plaintiff has not filed the financial affidavit. I will provide plaintiff an enlargement of time to submit the financial affidavit, of which another copy is enclosed with this order.

ORDER

IT IS ORDERED that plaintiff Brian Keith Small may have until April 16, 2014, in which to submit an affidavit of indigency and return it to the court. If plaintiff fails to provide this requested financial information by April 16, 2014, then the court will deny his request for leave to proceed without prepayment of fees or costs for failure to show that he is indigent.

Entered this 30th day of March, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge